UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER DELORES EDWARDS BURKE,

      Plaintiff,

vs.                                                   CASE NO.:

TARGET CORPORATION,

      Defendant.
_____/

## DEFENDANT, TARGET CORPORATION'S, NOTICE OF REMOVAL

To:    The Judges of the United States District Court
       for the Middle District of Florida
       Orlando Division
       U.S. Courthouse
       401 West Central Boulevard
       Suite 1200
       Orlando, Florida 32801-0120

Pursuant to the provisions of 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendant, TARGET CORPORATION, hereby removes to this Court the action filed against it in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, and as grounds for the removal of this action to the United States District Court for the Middle District of Florida, Orlando Division, this Defendant states as follows:

1. There is presently pending in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, the following styled action: Jennifer Delores Edwards Burke, Plaintiff, vs. Target Corporation, Defendant, bearing Case No.: 2023-CA-003294-O.

2. That on or about March 19, 2023, the Plaintiff, Jennifer Delores Edwards Burke, filed a Complaint for Damages and Demand for Jury Trial in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, a copy of which is attached hereto as **Exhibit 1**. The Defendant, Target Corporation's, Answer to Plaintiff's Complaint and Demand for Jury Trial is attached hereto as **Exhibit 2**. The Orange County Clerk of Court's Docket for Case No. 2023-CA-003294-O is attached hereto as **Exhibit 3**. All Other State Court Documents are attached hereto as **Composite Exhibit 4**. The Civil Cover Sheet for this Court is attached hereto as **Exhibit 5**. Said documents are attached to this Notice as required by U.S.C. §1446(a).

3. The Complaint was served on Target Corporation on April 3, 2023. This Removal is being effected within thirty (30) days after service of the Complaint. See 28 U.S.C. §1446(b). Defendant has not waived its right to remove.

4. This Notice of Removal is founded upon diversity of citizenship jurisdiction pursuant to 28 U.S.C.A., Section 1332 and 28 U.S.C.A. Section 1441 and

§1446(b). The matter is between citizens of different states and the amount in controversy, excluding interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000).

5. That at all times material hereto, the Plaintiff in the above-styled action is a resident and citizen of the State of Florida, residing at 1710 Dixie Belle Drive, Orlando, Orange County, Florida 32812 (Plaintiff's 2022 Orange County Tax Collector Homestead Exemption print-out declaring said address as her homestead primary residence is attached hereto as **Exhibit 6**). Target is a foreign corporation. For purposes of diversity, the single Defendant has its citizenship in states other than the State of Florida. The Defendant, Target Corporation, is incorporated in the State of Minnesota. The Defendant's, Target Corporation, principal place of business is 1000 Nicollet Mall, Minneapolis, Minnesota 55403. There is complete diversity of citizenship between the Defendant and the Plaintiff.

6. This case is properly removable under 28 U.S.C. §1441(a) since the Court has subject matter jurisdiction under Section 1332(a)(1). The Complaint was served on Target Corporation on April 3, 2023. The amount in controversy is specified in the Complaint. Paragraph 1 of the Complaint states "This is an action for damages which exceeds One Hundred Thousand Dollars ($100,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional

3

limits.". The Plaintiff's Complaint also states "As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET CORPORATION**, the Plaintiff, **JENNIFER DELORES EDWARDS BURKE**, sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **JENNIFER DELORES EDWARDS BURKE** will suffer the losses into the future.".

The Plaintiff's Complaint attached hereto as **Exhibit 1** clearly indicates in paragraph 1, that the Plaintiff is seeking in excess of "One Hundred Thousand Dollars ($100,000.00) exclusive of interest and costs …".

Accordingly, the damages sought by the Plaintiff are in excess of the $75,000.00 jurisdictional requirement of this Court. To the best of this Defendant's knowledge, the requisite jurisdictional amount, as provided by 28 U.S.C.A. Section 1441, et seq., and 28 U.S.C.A. 1332, has been met.

7. That venue properly rests with the Middle District of the United States District Court, Orlando Division because this action is being removed from the Circuit Court, Ninth Judicial Circuit, in and for Orange County, Florida.

8. This Defendant has filed with the Clerk of Circuit Court, Ninth Judicial Circuit, in and for Orange County, Florida, a true and correct copy of this Notice of Removal pursuant to 28 U.S.C.A. 1446(e). See **Exhibit 7** attached.

9. That the undersigned attorney is authorized by Defendant, Target Corporation, to file this Notice of Removal.

10. That the undersigned attorney is licensed in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, Defendant, Target Corporation, respectfully requests that this Court assume jurisdiction of this action pursuant to 28 U.S.C.A. §§1332 and 1441.

Dated this 25th day of April, 2023.

Respectfully submitted,

_____
**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711

612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Trial Counsel for Defendant,
Target Corporation
Emails:  jcoleman@rclawpa.com
         rcunningham@rclawpa.com
         dthompson@rclawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following: Ramon Castillo, Esquire, Rubenstein Law, P.A., 200 S. Orange Avenue, Suite 2000, Orlando, FL 32801.

_____
**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Trial Counsel for Defendant,
Target Corporation
Emails:  jcoleman@rclawpa.com
         rcunningham@rclawpa.com
         dthompson@rclawpa.com