# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER DELORES
EDWARDS BURKE,
        Plaintiff,

v.                                                      Case No. 6:23-cv-751-JA-EJK

TARGET CORPORATION,
        Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. (Mediation Disposition Report, Doc. 23).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 13, 2024.

                                            JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
Counsel of Record